L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Damon McCaskill<br>Terri Annette McCaskill<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-63385-AA<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Damon McCaskill and Terri Annette Mccaskill, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On February 8, 2011 I purchased and sent my Chapter 13 Plan Payment $771.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of February 2011

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 23, 2011

_____
Debtor

_____
Joint Debtor

1

**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number: 18568674270

Year. Month. Day: 2011-02-08

Post Office: 15009

Amount: $777.00

U.S. Dollars and Cents: SEVEN HUNDRED SEVENTY SEVEN DOLLARS 1.00

Pay to: CHAPTER 13 TRUSTEE

Address: P.O. Box 1313
Memphis, TN 38101

From: Damont Todd McCoy
2955 W. 120 th
697
Gardena, CA 90249

Memo: Case# LA 10-65385-AA