| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-63385-AA |
|---|---|
| In re<br><br>Damon McCaskill<br>Terri Annette McCaskill<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Damon McCaskill & Terri Annette McCaskill *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 12/14/2010.

2. I am the owner of real property[1] at the following street address:

   2935 West 130th St.,

   Gardena, CA 90249                                                                 (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Bank of America.

   b. Second deed of trust in favor of Citimortgage *(if applicable)*.

   c. Third deed of trust in favor of Green Tree *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 3015-1.4
Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - Page 2 of 4

F 3015-1.4

| In re<br>Damon McCaskill<br>Terri Annette McCaskill<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-63385-AA |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
|  | $1,739.89 | 1-15th February 2011 | 02/18/2011 |
| Bank of America |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  | $474.22 | 1-15th February 2011 | 02/08/2011 |
| Citimortgage |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  | $207.09 | 1-15th February 2011 | 02/18/2011 |
| Green Tree |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 3015-1.4

| In re | CHAPTER 13 |
|---|---|
| Damon McCaskill<br>Terri Annette McCaskill<br>Debtor(s). | CASE NUMBER 2:10-bk-63385-AA |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  February 23, 2011                Signature  _____
                                                  Damon McCaskill
                                                  Debtor

Date  February 23, 2011                Signature  _____
                                                  Terri Annette McCaskill
                                                  Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy



KINECTA
FEDERAL CREDIT UNION

01 0000204226

02/18/11        $1,739.89

Cashier's Check

** One Thousand Seven Hundred Thirty-Nine and 89/100 DOLLARS **

BANK OF AMERICA

Member Copy
NON-NEGOTIABLE

NON-NEGOTIABLE    Chk 01-0000204226    02/18/11    9:47am    Br 0047-0542    Amt 1,739.89

---

KINECTA
FEDERAL CREDIT UNION

01 0000204227

02/18/11        $207.09

Cashier's Check

** Two Hundred Seven and 09/100 DOLLARS **

GREEN TREE

Member Copy
NON-NEGOTIABLE

NON-NEGOTIABLE    Chk 01-0000204227    02/18/11    9:47am    Br 0047-0542    Amt 207.09

**USPS Postal Money Order**

Serial Number: 18568674281
Date: 2011-02-09
Post Office: 90091
Amount: $474.22
**FOUR HUNDRED SEVENTY FOUR DOLLARS & 22** ******

Pay to: CitiMortgage
P.O. Box 6811196
Des Moines IA 50368-9196
Acct #1119357689

From: Dawn Heidi MacAskill
3135 W 130th St
Cleveland OH 90249

"18568674281"

---

**Payment Coupon (CitiMortgage)**

Account Number: 1119357689

Due Date: 02/01/11
Total Amount Due: $474.22

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Additional Monthly Payment | $ |
| Total Amount Enclosed | $ 474.22 |

Handwritten: 474.22

Please designate how you want us to apply any additional funds. Designated funds first pay outstanding late charges and fees, then regular. Once paid, additional funds cannot be returned.

Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

Please do not send cash. Please allow 7 to 10 days for postal delivery.

01119357689 00000047422 00000000 22 00000047422 00000047422