| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-63385-AA |
| In re<br><br>Damon McCaskill<br>Terri Annette McCaskill<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Damon McCaskill & Terri Annette McCaskill *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 12/14/2010.

2. I am the owner of real property[1] at the following street address:

   2935 West 130th St.,

   Gardena, CA 90249                                                                  (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Bank of America.

   b. Second deed of trust in favor of Citimortgage *(if applicable)*.

   c. Third deed of trust in favor of Green Tree *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          **F 3015-1.4**
Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Damon McCaskill<br>Terri Annette McCaskill<br><br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-63385-AA |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bank of America | $1,739.89 | 1-15th February 2011 | 02/18/2011 |
|  | $1,739.89 | 1-15th January 2011 | 01/18/11 |
|  |  |  |  |
| Creditor |  |  |  |
| Citimortgagr | $474.22 | 1-15th February 2011 | 02/08/2011 |
|  | $474.22 | 1-15th January 2011 | 01/18/11 |
|  |  |  |  |
| Creditor |  |  |  |
| Green Tree | $207.09 | 1-15th February 2011 | 02/18/2011 |
|  | $207.09 | 1-15th January 2011 | 01/18/11 |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | CHAPTER 13 |
|---|---|
| Damon McCaskill<br>Terri Annette McCaskill<br>Debtor(s). | CASE NUMBER 2:10-bk-63385-AA |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  February 23, 2011             Signature  _____
                                               Damon McCaskill
                                               Debtor

Date  February 23, 2011             Signature  _____
                                               Terri Annette McCaskill
                                               Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

**KINECTA**
FEDERAL CREDIT UNION

01 0000202035

$1,739.89

Cashier's Check                                    01/18/11

** One Thousand Seven Hundred Thirty-Nine and 89/100 DOLLARS **

BANK OF AMERICA

RE: MRS. TERRI MCCASKILL

---

**Member Copy**
**NON-NEGOTIABLE**

NON-NEGOTIABLE    Chk 01-0000202035    01/18/11    2:23pm    Br 0030-0738    Amt 1,739.89

NOTICE TO CASHIER: THE BLUE WATERMARKS ON THE REVERSE SIDE PREVENT COPYING

1ST MORTGAGE
JANUARY PMT 2011

**KINECTA**
FEDERAL CREDIT UNION
1440 ROSECRANS AVE.
MANHATTAN BEACH, CA 90266
800.854.9846

CU SERVICE CENTERS

**CASHIER'S CHECK**

90-7607/3222
DATE
01/18/11
THIS CHECK VOID 60
DAYS AFTER ISSUE

** One Thousand Seven Hundred Thirty-Nine and 89/100 DOLLARS **

PAY
TO THE     BANK OF AMERICA
ORDER
OF         RE: MRS. TERRI MCCASKILL

01 0000202035

$1,739.89

KINECTA FEDERAL CREDIT UNION

Two Signatures Required for Checks Over $10,000

⑆202035⑆ ⑆322278073⑆30 ⑆000000000006⑆

KINECTA FEDERAL CREDIT UNION

01 0000202034

$474.22

01/18/11

Cashier's Check

** Four Hundred Seventy-Four and 22/100 DOLLARS **

CITI MORTGAGE

RE: MRS. TERRI MCCASKILL

2nd Mortgage JANUARY PMT 2011

NON-NEGOTIABLE   Chk 01-0000202034   01/18/11   2:23pm   Br 0030-0738   Amt 474.22

Member Copy
NON-NEGOTIABLE

---

KINECTA
FEDERAL CREDIT UNION
1440 ROSECRANS AVE.
MANHATTAN BEACH, CA 90266
800.854.9846

CU SERVICE CENTERS
CASHIER'S CHECK

50-7807/3222
DATE 01/18/11
THIS CHECK VOID 90 DAYS AFTER ISSUE

01 0000202034

$474.22

KINECTA FEDERAL CREDIT UNION

Two Signatures Required for Checks Over $10,000

** Four Hundred Seventy-Four and 22/100 DOLLARS **

PAY TO THE ORDER OF

CITI MORTGAGE

RE: MRS. TERRI MCCASKILL

⑈202034⑈ ⑆322228073⑆ 30⑈0000000006⑈

**KINECTA**
FEDERAL CREDIT UNION

01 0000202033

$207.09

01/18/11

Cashier's Check

** Two Hundred Seven and 09/100 DOLLARS **

GREEN TREE

RE: MRS. TERRI MCCASKILL

Member Copy
NON-NEGOTIABLE

NON-NEGOTIABLE    Chk 01-0000202033    01/18/11    2:23pm    Br 0030-0738    Amt 207.09

---

**KINECTA**
FEDERAL CREDIT UNION
1440 ROSECRANS AVE.
MANHATTAN BEACH, CA 90266
800.854.9846

CU SERVICE CENTERS.

**CASHIER'S CHECK**

3rd Mortgage
January 2011 Pmt

90-7807/3222
DATE
01/18/11
THIS CHECK VOID 90
DAYS AFTER ISSUE

01 0000202033

$207.09

** Two Hundred Seven and 09/100 DOLLARS **

PAY TO THE ORDER OF

GREEN TREE
RE: MRS. TERRI MCCASKILL

KINECTA FEDERAL CREDIT UNION

Two Signatures Required for Checks Over $10,000

⑂ 202033⑂ ⑆322227807⑆30⑉00000000006⑉