| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-63385-AA |
|---|---|
| In re<br><br>Damon McCaskill<br>Terri Annette McCaskill<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Damon McCaskill & Terri Annette McCaskill *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 12/14/2010 .

2. I am the owner of real property[1] at the following street address:

    2935 West 130th St.,

    Gardena, CA 90249                                                                 (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Bank of America .

    b. Second deed of trust in favor of Citimortgage *(if applicable)*.

    c. Third deed of trust in favor of Green Tree *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              **F 3015-1.4**
Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

Case 2:10-bk-63385-AA    Doc 23    Filed 03/22/11    Entered 03/22/11 19:12:19    Desc
Main Document    Page 2 of 6

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 2 of 4

F 3015-1.4

| In re<br>Damon McCaskill<br>Terri Annette McCaskill<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-63385-AA |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bank of America | $1,739.89 | 1-15th February 2011 | 02/18/2011 |
|  | $1,739.89 | 1-15th March 2011 | 3/17/11 |
|  |  |  |  |
| Creditor |  |  |  |
| Citimortgage | $474.22 | 1-15th February 2011 | 02/08/2011 |
|  | $474.22 | 1-15th March 2011 | 3/14/11 |
|  |  |  |  |
| Creditor |  |  |  |
| Green Tree | $207.09 | 1-15th February 2011 | 02/18/2011 |
|  | $207.09 | 1-15th March 2011 | 3/22/11 |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 3 of 4

F 3015-1.4

| In re<br>Damon McCaskill<br>Terri Annette McCaskill<br><br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-63385-AA |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☒ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  3/22/2011                Signature  _____
                                          Damon McCaskill
                                          Debtor

Date  3/22/2011                Signature  _____
                                          Terri Annette McCaskill
                                          Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                 F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy



**KINECTA**

01 0000206303

03/17/11     $1,739.89

Cashier's Check

** One Thousand Seven Hundred Thirty-Nine and 89/100 DOLLARS **

BAC HOME SERVICING
RE: TERRI MCCASKILL
2935 W 130TH ST
GARDENA CA 90249

Member Copy
NON-NEGOTIABLE

NON-NEGOTIABLE    Chk 01-0000206303    03/17/11    4:19pm    Br 0030-0738    Amt 1,739.89

---

**KINECTA**
FEDERAL CREDIT UNION
1440 ROSECRANS AVE.
MANHATTAN BEACH, CA 90266
800-854-9846

CASHIER'S CHECK

DATE
03/17/11
THIS CHECK VOID 60 DAYS AFTER ISSUE

01 0000206303

$1,739.89

** One Thousand Seven Hundred Thirty-Nine and 89/100 DOLLARS **

KINECTA FEDERAL CREDIT UNION

PAY TO THE ORDER OF
BAC HOME SERVICING
RE: TERRI MCCASKILL
2935 W 130TH ST
GARDENA CA 90249

⑆206303⑆  ⑆322278073⑆:3010000000006⑆



# UNITED STATES POSTAL SERVICE

# POSTAL MONEY ORDER

Serial Number: 18527342027

Year, Month, Day: 2011-03-14
Post Office: 902450
Amount: $474.22
FOUR HUNDRED SEVENTY FOUR DOLLARS & 22¢

Pay to: Crh Mortgage
Address: P.O. Box 68496
Des Moine, IA 50368-9196
AC# 1119935768-9

From: McCaskill
Address: 2935 W. 134th St
Gardena CA 90249

`⑆000000800⑈ 18527342027⑉`

