L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In Re: | CHAPTER 13 |
|---|---|
| Damon McCaskill<br>Terri Annette McCaskill | CASE NO: 2:10-bk-63385-AA |
| | DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |
| Debtor(s) | |

I, Damon McCaskill and Terri Annette Mccaskill, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On March 14, 2011    I purchased and sent my Chapter 13 Plan Payment $777.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of March 2011

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/22/2011

_____
Debtor

_____
Joint Debtor

1

# UNITED STATES POSTAL SERVICE / POSTAL MONEY ORDER

**Serial Number:** 18527342038

**Year/Month/Day:** 2011-03-14

**Post Office:** 902450

**U.S. Dollars and Cents:** $777.00

**Amount:** SEVEN HUNDRED SEVENTY SEVEN DOLLARS & 00¢

**Pay to:** CHAPTER 13 TRUSTEE

**From:** DAMON + TERRI MCGINIS

**Address:** 2935 W. 130th St, Gardena, CA 90249

**Memo:** CASE# LA-10-63385-AA



`:000080002:` `18527342038`

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND TO...
© United States Postal Service. All Rights Reserved.